UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE M. DOROTIK,<br><br>                    Petitioner,<br><br>          v.<br><br>DAWN DAVIDSON, Warden,<br><br>                    Respondent. | Civil No.   07cv1007-J (POR)<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER** |

On June 6, 2007, Petitioner, a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On July 9, 2007, this Court ordered that Respondent file an Answer by September 10, 2007. On September 7, 2007, Respondent filed a motion for a 30 day enlargement of time to file an answer to the petition.

In the request, Respondent's counsel represents that he works on cases in the order they are assigned to him which usually corresponds with the order in which he received them from the District Court. He has completed briefing in numerous other cases since this matter was assigned to him. Counsel is also part of the office's habeas corpus team which means his work is routinely interrupted by questions from other deputies regarding federal habeas corpus matters.

After a review of the motion, the Court finds good cause to grant Respondent's request. Accordingly, **IT IS HEREBY ORDERED**:

1.      Respondent shall file an answer to the Petition pursuant to Rule 5 of the Rules Governing § 2254 Cases no later than **October 10, 2007**. At the time the answer is filed, Respondent shall lodge with the Court all records bearing on the merits of Petitioner's claims. The

lodgments shall be accompanied by a notice of lodgment which shall be captioned "**Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case — To Be Sent to Clerk's Office**."

2. Petitioner may file a traverse to matters raised in the answer, or opposition to any motion to dismiss, no later than **November 14, 2007**. Any traverse by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive to matters raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the traverse will not be considered. No traverse shall exceed 10 pages in length absent advance leave of Court for good cause shown.

3. A request by a party for an extension of time within which to file any of the pleadings required by this Order **should be made in advance of the due date of the pleading, and the Court will grant such a request only upon a showing of good cause**. Any such request shall be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary.

4. Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's traverse is due.

**IT IS SO ORDERED.**

DATED: September 10, 2007

_____
LOUISA S PORTER
United States Magistrate Judge